# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL NO. 4:22-CR-471** |
| | § | |
| **EMMANUEL FINNIH** | § | |

## <u>MOTION TO WITHDRAW</u>

**TO THE HONORABLE JUDGE ANDREW HANEN:**

**COMES NOW,** Neal Davis, III, attorney for the above-named defendant and hereby requests this honorable Court consider the merits of this motion and in turn grant this motion based upon the following:

On July 14, 2025, undersigned counsel was appointed to represent the defendant pursuant to the Criminal Justice Act. As the Court well knows, before undersigned counsel's representation, the defendant filed several *pro se* motions. At a hearing, the Court struck those motions but allowed the defendant to file ONE *pro se* motion requesting the case be dismissed for two reasons, primarily arguing that his right to a speedy trial had been violated and alleging ineffective assistance from his previous counsel. The Court denied that motion. The defendant filed a Motion to Reconsider. The Court denied that motion.

The defendant then filed a Writ of Mandamus and Motion for Immediate Stay of Trial with the Fifth Circuit. The Fifth Circuit denied his writ. Counsel filed a

motion to withdraw; however, the defendant stated to the Court that he desired I remain on the case and represent him through sentencing.

Trial was set to begin on March 20, 2026; however, the defendant elected to plead guilty to the indictment.

The defendant, nonetheless, filed a Motion for Rehearing en banc with the Fifth Circuit, two weeks after his re-arraignment, which was denied.

On May 15, 2026, the PSR was disseminated. Counsel and the defendant met in the office to discuss briefly what needed to be done concerning PSR objections and the loss amounts that were submitted to counsel from the government. Counsel explained that a motion to continue would be filed and counsel would request additional time to respond to the PSR.

On May 27, 2026, the defendant wrote the following email to the PSR writer, Jennifer Brock (it should be noted that the government attorneys were not cc'd on the email):



**Emmanuel Finnih**    Inbox – iCloud    11:11 AM
Objections to Draft PSR — Defendant's Authorized Account
To: Jennifer Brock,  Cc: Neal Davis III    Details

Dear Ms. Brock,

I am submitting my objections to the draft PSR through counsel, and they are attached. I am writing to confirm, for the record, that the account reflected in my objections, together with the acceptance-of-responsibility statement I previously provided, represents my authorized account of the relevant facts.

I do not authorize, adopt, or consent to any additional factual narrative, characterization, admission, or sentencing position submitted on my behalf that goes beyond the scope of those materials. To the extent any other narrative has been submitted or is being considered, counsel has not reviewed it with me, obtained my approval, or confirmed that I adopt it.

I understand that objections are addressed through the formal process and through counsel of record. I have handed counsel this exact copy. I am providing this confirmation so the record accurately reflects my position.

The probation officer also suggested filing the objection with the court if counsel isn't cooperating

Thank you for your time.

Sincerely,

Emmanuel Finnih



Final_PSR_Obj_signed_.pdf

These constant *pro se* filings have created irreconcilable conflicts affecting not only undersigned counsel's representation of the defendant, but affecting counsel's ability to effectively prepare the case for sentencing.

Counsel believes the only remedy available is to request that he be withdrawn as counsel to allow the defendant to represent himself *pro se*.

**WHEREFORE, PREMISES CONSIDERED** Defendant requests this Court consider the merits of this motion and schedule a hearing, and in turn, grant the same based upon the foregoing.

**Respectfully submitted,**

**/s/ Neal Davis, III**
**NEAL DAVIS, III**
**Texas State Bar #24038541**
**Federal Bar # 706329**
**440 Louisiana Street**
**Suite 200**
**Houston, TX 77002**
**(713) 223-5575**
**(713) 224-2815 (FAX)**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion to Withdraw** was delivered via electronic filing to the Assistant United States Attorneys in this cause, Shirin Hakimzadeh and Brad Gray, on May 27, 2026.

**/s/ Neal Davis, III**
**NEAL DAVIS, III**